AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>ADRIAN THOMPSON<br><br>*Defendant* | ) Case: 1:25-cr-00031<br>) Assigned To : Howell, Beryl A.<br>) Assign. Date : 1/28/2025<br>) Description: INDICTMENT (B) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     ADRIAN THOMPSON
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 922(g)(1) - Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year

Date: 01/28/2025

*Issuing officer's signature*

City and state:   Washington, DC

Matthew J. Sharbaugh, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 1/28/25, and the person was arrested on *(date)* 6/3/25
at *(city and state)*  Washington DC

Date: 6/3/25

*Arresting officer's signature*

Ross Kantola   DUSM
*Printed name and title*