**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>ADRIAN THOMPSON,<br>Defendant. | Criminal Action No. 25-31 (BAH)<br>Judge Beryl A. Howell |

# ORDER

Upon consideration of the government's Motion to Dismiss Indictment Without Prejudice, ECF 67; the memoranda submitted in support of and in opposition thereto; and the entirety of the underlying record, for the reasons set out in the accompanying Memorandum Opinion, it is hereby:

**ORDERED** that the government's Motion to Dismiss Indictment Without Prejudice, ECF 67, is **GRANTED IN PART** to the extent the motion seeks dismissal of the indictment, and **DENIED IN PART**; and it is further

**ORDERED** that the indictment against defendant in this case, No. 25-cr-31, is dismissed with prejudice.

**SO ORDERED.**

Date: August 14, 2026

**BERYL A. HOWELL**
United States District Judge